UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JOLYNN WYNN,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 3:26-CV-05069-MLP<br><br><br>[PROPOSED] ORDER |

Based on Defendant's Unopposed Motion to Strike the Certified Administrative Record and File a Corrected Certified Administrative Record and Amend Briefing Schedule, and good cause shown, it is hereby ORDERED as follows:

1) Defendant's Motion is GRANTED;

2) The Certified Administrative Record (ECF #7) is STRICKEN;

3) Within 30 days of this Order, the Commissioner shall file a corrected Certified Administrative Record;

4) After the corrected Certified Administrative Record is filed, Plaintiff shall have up to and including 14 days, to file an amended opening brief or a notice of intent to not file opening brief;

Page 1    ORDER - [3:26-CV-0569-MLP]

5) The Commissioner shall file his responsive brief within 30 days after the date Plaintiff's amended opening brief or notice is filed; and

6) Plaintiff may file a reply brief within 14 days of the date the responsive brief is filed.

DATED this 8th day of May, 2026.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ *Lars J. Nelson*
_____
LARS J. NELSON
Special Assistant United State Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Phone: (206) 615-3717
Fax: (833) 410-1627
Lars.Nelson@ssa.gov

Page 2        ORDER - [3:26-CV-0569-MLP]